No. 691. UNITED STATES *v.* ANASTASIO, ALIAS ANASTASIA. C. A. 3d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle*

932

R. *Cappello* for the United States. *Samuel Paige* and *Norma Z. Paige* for respondent. ▮